**Form 3015-1 - Chapter 13 Plan**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In re:<br>**Brenda Lee Carlson** | **CHAPTER 13 PLAN-MODIFIED** |
|  | Dated: **February 13, 2013** |
| DEBTOR<br>*In a joint case,*<br>*debtor means debtors in this plan.* | Case No. **11-44000** |

1. **DEBTOR'S PAYMENTS TO THE TRUSTEE —**

   a. As of the date of this plan, the debtor has paid the trustee $ __**19,000.00**__ .

   b. After the date of this plan, the debtor will pay the trustee $ __**1,000.00**__ per __**Month**__ for __**41**__ months, **beginning February 2013**, for a total of $ __**41,000.00**__ . The minimum plan payment length is __ 36 or __**X**__ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.

   c. The debtor will also pay the trustee __

   d. The debtor will pay the trustee a total of $ __**60,000.00**__ [line 1(a) + line 1(b) + line 1(c)].

2. **PAYMENTS BY TRUSTEE —** The trustee will pay from available funds only creditors for which proof of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ __**6,000.00**__ , [line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)] —** The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| Creditor | Monthly Payment | Number of Months | Total Payments |
|---|---|---|---|
| -NONE- | $ | $ | |
| a. TOTAL | | | $ 0.00 |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365] —** The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

| Creditor | Description of Property |
|---|---|
| -NONE- | |

5. **CLAIMS NOT IN DEFAULT —** Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

| Creditor | Description of Property |
|---|---|
|  | **Debtor's Residence: Homestead Real Property located at 36090 670th Avenue, Watkins MN, Single Family Residence on 10 Acres legally described as follows:** |
| a. **State Bank of Eden Valley** | **The South 687.87 feet of the West 633.22 feet of the SE 1/4 of SW 1/4, Section 23 To** |
|  | **Debtor's Residence: Homestead Real Property located at 36090 670th Avenue, Watkins MN, Single Family Residence on 10 Acres legally described as follows:** |
| b. **Us Bank Home Mortgage** | **The South 687.87 feet of the West 633.22 feet of the SE 1/4 of SW 1/4, Section 23 To** |

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)] —** The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. *__All following entries are estimates.__* The trustee will pay the actual amounts of default.

| Creditor | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| -NONE- | $ | $ | | | $ |
| a. TOTAL | | | | | $ 0.00 |

**7. CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e) ]** — The trustee will cure defaults on the following claims as set forth below. The debtor will pay for the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. ***All following entries are estimates, except for interest rate.***

| Creditor | Amount of Default | Int. rate (if applicable) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| -NONE- | $ | $ | | | $ | |
| a. TOTAL | | | | | $ | 0.00 |

**8. OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** — The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor | Claim Amount | Secured Claim | Int. Rate | Beg. in Mo. # | (Monthly Pmnts) | x (No. of Pmnts) = | Pmnts on Account of Claim + | (Adq. Prot. from ¶ 3) = | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|
| a. Systems & Services Technology | $ 20,738.36 | $ 20,738.36 | 5.25 | 1 | $ 222.37 | 41 | $ 23,624.26 | $ 0.00 | $ 23,624.26 |
| b. TOTAL | | | | | | | | $ | *23,624.26 |

***Paid Systems & Services Technology: $14,507.28**

**9. PRIORITY CLAIMS** — The trustee will pay in full all claims entitled to priority under § 507, including the following. ***The amounts listed are estimates.*** The trustee will pay the amounts actually allowed.

| Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. Attorney Fees | $ 2,299.00 | $ | | | $ *2,299.00 |
| b. Internal Revenue Service | $ 1.00 | $ Pro rata | Pro rata | Pro rata | $ 1.00 |
| c. MN Dept of Revenue | $ 1.00 | $ Pro rata | Pro rata | Pro rata | $ 1.00 |
| d. TOTAL | | | | | $ 2,301.00 |

***Paid Attorney Fees: $2,299.00**

**10. SEPARATE CLASSES OF UNSECURED CREDITORS** — In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows:   **-NONE-**
The trustee will pay the allowed claims of the following creditors. ***All entries below are estimates.***

| Creditor | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | $ |
| a. TOTAL | | | | | | $ 0.00 |

**11. TIMELY FILED UNSECURED CREDITORS** — The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ **28,074.74**   [line 1(d) minus lines 2, 6(a), 7(a), 8(a), 9(d) and 10(a)].

a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ **0.00** .

b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ **255,787.00** .

c. Total estimated unsecured claims are $ **255,787.00**   [line 11(a) + line 11(b)].

**12. OTHER PROVISIONS** —

**The debtor shall cooperate with the trustee in transferring her interest in CK Companies and Eden Valley Land Company, LLC to any entity willing to buy the shares assuming there will be net proceeds the trustee can disburse on the plan as a result of the sale of her shares in either corporation.  The debtor shall apply any monies received for claims against CK Companies and Eden Valley Land Company, LLC or partners to the trustee for the benefit of her creditors.**

**Title in any secured property will vest in the debtor upon payment of the secured portion of the creditor's claim and debtor's discharge. The debtor shall receive a discharge upon completion of the scheduled plan payments or upon payment of 100% of timely filed unsecured claims, whichever occurs first.  Trustee shall not pay any untimely filed general unsecured creditors (excluding taxing authorities).  Claims filed as secured but for which the plan makes no express provision shall be paid as unsecured claims as set forth in Paragraph 11 above.**

**A proof of claim may be filed by any entity that holds a claim against the debtor for taxes that become payable to a governmental unit while the case is pending limited to only the tax year for which the bankruptcy case was filed.  The trustee shall pay such claim as submitted as funds are available pursuant to 11 U.S.C. Statute 1305.**

**The debtor shall send the Trustee each year during the Chapter 13 Plan copies of his/her federal and state income tax returns at the time they are filed.  The debtor shall also promptly report to the Trustee the receipt of any federal and state tax refunds for the duration of this Chapter 13 case and shall be entitled to retain the first $1,200 (single debtor) or $2,000 (joint debtor),  plus any earned income credit (EIC) and any Minnesota Working Family Credit.  Any remaining amounts, except tax year 2011, shall be turned over to the Chapter 13 trustee as additional plan payments.**

**13.  SUMMARY OF PAYMENTS —**

| | | |
|---|---|---|
| Trustee's Fee [Line 2] | $ | **6,000.00** |
| Home Mortgage Defaults [Line 6(a)] | $ | **0.00** |
| Claims in Default [Line 7(a)] | $ | **0.00** |
| Other Secured Claims [Line 8(b)] | $ | **23,624.26** |
| Priority Claims [Line 9(d)] | $ | **2,301.00** |
| Separate Classes [Line 10(a)] | $ | **0.00** |
| Unsecured Creditors [Line 11] | $ | **28,074.74** |
| **TOTAL [must equal Line 1(d)]** | $ | **60,000.00** |

*Insert Name, Address, Telephone and License Number of Debtor's Attorney:*
**Wesley W. Scott 0264787**
**Lund Kain Scott, PA**
**13 7th Ave. S**
**St. Cloud, MN 56301**
**320-252-0330**
**0264787**

Signed     **/s/ Brenda Lee Carlson**
                 **Brenda Lee Carlson**
                 DEBTOR

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                BKY:   11-44000

Brenda Lee Carlson

                Debtor                                        Chapter 13

_____

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the Notice of Hearing and Motion,
Memorandum in Support of Debtor's Motion for Post-Confirmation Modification and Modified
Chapter 13 Plan was served upon all parties electronically:

U.S. Trustee                                       Kyle Carlson, Chapter 13 Trustee
1015 U.S. Courthouse                               PO Box 519
300 S 4th St                                       Barnesville MN 56514
Minneapolis MN   55415

And upon all parties in interest at the addresses set forth in the exhibit which is attached hereto,
by first class mail:

on February 14, 2013.

Dated:  February 14, 2013                           LUND KAIN & SCOTT, P.A.


                                                    /e/ WESLEY W. SCOTT-#0264787
                                                    13 7th Avenue South
                                                    St. Cloud, MN 56301
                                                    (320) 252-0330

APPERTS
900 S HWY 10
SAINT CLOUD MN 56304

BERNICKS PEPSI
PO BOX 7457
SAINT CLOUD MN 56302

CAPITAL ONE, N.A.
CAPITAL ONE BANK (USA) N.A.
PO BOX 30285
SALT LAKE CITY UT 84130

CHARLIE ROESER
800 FAYAL ROAD
EVELETH MN 55734

CHARLIE ROESER
PO BOX 85
VIRGINIA MN 55792

CHASE
201 N. WALNUT ST//DE1-1027
WILMINGTON DE 19801

CITY OF EDEN VALLEY
171 COSSAINT AVENUE WEST
PO BOX 25
EDEN VALLEY MN 55329

DEPARTMENT OF EMPLOYMENT
32 MINNESOTA STREET
SAINT PAUL MN 55101-1351

DIVERSICOM
PO BOX 100
MELROSE MN 56352-0100

FABER BUILDING CENTER
PO BOX 495
500 CENTRAL AVE S
WATKINS MN 55389

G & K SERVICES
1250 KUHN DRIVE
SAINT CLOUD MN 56301

GEMB/CARE CREDIT
950 FORRER BLVD
KETTERING OH 45420

GEMB/SAMS CLUB DC
GEMB FINANCE
PO BOX 103104
ROSWELL GA 30076

HSBC BEST BUY
ATTN: BANKRUPTCY
PO BOX 5263
CAROL STREAM IL 60197

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19114

JOHNSON BROTHERS LIQUOR
1999 SHEPARD ROAD
PO BOX 16328
SAINT PAUL MN 55116-0328

KRAMER ELECTRIC
PO BOX 337
WATKINS MN 55389

LARSON PLUMBING
13158  145TH ST
WATKINS MN 55389

LUTGEN REFRIGERATION
15969 CO RD 21
WATKINS MN 55389

MARK J SCHULTZ
GALLAS & SCHULTZ
9140 WARD PARKWAY, STE 200
KANSAS CITY MO 64114

MERCURY PAYMENT SYSTEMS
10 BURNETT COURT SUITE 300
DURANGO CO 81301

MN DEPT OF REVENUE
ATTN DENISE JONES - BANKRUPTCY
PO BOX 64447
SAINT PAUL MN 55164

NORTH COUNTRY BUSINESS
1112 S RAILROAD ST SE
PO BOX 910
BEMIDJI MN 56619-0910

NORTHERN LIGHTS FOODSERVICE
PO BOX 1074
FORT DODGE IA 50501

ORIN J. KIPP
WILFORD, GESKE, & COOK, PA
8425 SEASON PARKWAY/STE 105
WOODBURY MN 55125-4393

PAYNESVILLE PRESS
PO BOX 54
PAYNESVILLE MN 56362

RANDY KRAMER
PITCO INC.
446 CENTRAL AVENUE N
WATKINS MN 55389

RANDY KRAMER
PITCO INC.
WATKINS MN 55389

RANDY KRAMER
PITCO INC.
446 CENTRAL AVE N
WATKINS MN 55389

STATE BANK OF EDEN VALLEY
359 STATE STREET N
EDEN VALLEY MN 55329

STEVEN G POTACH
1110 TCF TOWER
121 S 8TH ST
MINNEAPOLIS MN 55402

SUNBURST CHEMICALS
220 WEST 88TH STREET1
BLOOMINGTON MN 55420

SYSCO MINNESOTA, INC
C/O MARSO & MICHELSON, PA
3101 IRVING AVE SOUTH
MINNEAPOLIS MN 55408

SYSTEMS & SERVICES TECHNOLOGY
PO BOX 3999
4315 PICKETT ROAD
SAINT JOSEPH MO 64503

US BANK HOME MORTGAGE
4801 FREDERICA ST
OWENSBORO KY 42301

US BANK/NA ND
4325 17TH AVE S
FARGO ND 58125

VEND LEASE COMPANY
8100 SANDPIPER CIRCLE STE 300
BALTIMORE MD 21236

VIKING SIGN & GRAPHICS
424 S DAVIS AVE
LITCHFIELD MN 55355

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Brenda Lee Carlson**
Debtor(s).

**SIGNATURE DECLARATION**

Case No.  **11-44000**

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☒ MODIFIED CHAPTER 13 PLAN
☒ OTHER (Please describe: **MOTION TO MODIFY POST-CONFIRMATION CHAPTER 13 PLAN** )

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- [**individual debtors only**] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- [**corporate and partnership debtors only**] I have been authorized to file this petition on behalf of the debtor.

Date: _____

X _____
Signature of Debtor or Authorized Representative

X _____
Signature of Joint Debtor

**Brenda Lee Carlson**
_____
Printed Name of Debtor or Authorized Representative

_____
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)